SEALED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
NOV 7 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CR 07-200____ |
| KEITH D. HARRIS, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1). |
| Defendant. | ) | |

INDICTMENT

COUNT 1

THE GRAND JURY CHARGES:

On or about October 7, 2007, in Champaign County, in the Central District of Illinois,

KEITH D. HARRIS,

defendant herein, having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Makarov, 9 millimeter, semi-automatic pistol, serial number BP1562.

In violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

_____
Gregory L. Gilmore for
RODGER A. HEATON
United States Attorney

ELM