**E-FILED**
Thursday, 21 February, 2008  09:47:16 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-20103** |
| | ) |
| **KEITH D. HARRIS**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

   This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30 P.M.** on **APRIL 15, 2008,** before the Honorable Michael P. McCuskey.

   IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **APRIL 28, 2008,** before the Honorable Michael P. McCuskey.

   **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

   ENTER this 20th day of February, 2008.


                                       s/David G. Bernthal
                                      DAVID G. BERNTHAL
                                      U.S. MAGISTRATE JUDGE