E-FILED
Friday, 29 February, 2008 12:35:14 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2007 NOV -9 P 4:31
US MARSHALS SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff<br><br>vs<br><br>KEITH D. HARRIS<br><br>Champaign, Illinois<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br>**SEALED**<br><br>CASE NO. 07-20103<br><br>**FILED**<br>FEB 29 2008<br>CLERK OF THE COURT<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

TO: 　　THE U. S. MARSHAL and any
　　　　AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest KEITH D. HARRIS, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Possession of a Firearm by a Felon in violation of Title 18, United States Code, Section(s) 922(g)(1).


DAVID G. BERNTHAL                              U.S. MAGISTRATE JUDGE
*Name of Issuing Officer*                          *Title of Issuing Officer*

s/ David G. Bernthal
_____                    11/8/07 at Urbana, IL
*Signature of Issuing Officer*                        *Date and Location*

Bail fixed at NONE.  To be determined at initial appearance.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  Champaign

| Date Received 11/08/07 | Name of Arresting Officer Keith Harrington | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 02/20/08 | Title of Arresting Officer  DUSM | |