**E-FILED**
Tuesday, 11 March, 2008 11:57:31 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> KEITH D. HARRIS, <br><br>  Defendant | No.: 07-20103 |

### REQUEST FOR PRE-PLEA PSR AS TO CRIMINAL HISTORY ONLY

Defendant requests the report as the parties are unable to determine from the criminal records available whether the Defendant is an Armed Career Criminal.

The USA has no objection to this request.

Respectfully Submitted,

KEITH D. HARRIS, Defendant


RICHARD H. PARSONS
Federal Public Defender

BY: s/John Taylor
_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Ronda H. Coleman.

s/John Taylor

_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org