UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH HARRIS,<br><br>    Defendant | No.: 07-20103 |

### *MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, Keith Harris, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for April 15, 2008, and vacating the trial date, presently scheduled for April 28, 2008, and in support thereof, states as follows:

1.  The Office of the Federal Public Defender was appointed to represent Keith Harris by United States Magistrate Judge Bernthal on or about February 20, 2008

2.  This is Mr. Harris' <u>FIRST</u> request for a continuance of his pretrial conference and trial dates.

3.  Defense counsel needs more time to review the case and discuss this matter with Mr. Harris so that he can make an informed decision regarding his right to trial.

4.  Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by

extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

 WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

       Respectfully Submitted,

       _____, Defendant


       RICHARD H. PARSONS
       Federal Public Defender

        s/John Taylor
    BY:_____
       JOHN TAYLOR
       Assistant Federal Public Defender
       300 West Main Street
       Urbana, Illinois 61801
       Telephone: (217) 373-0666
       Facsimile: (217) 373-0667
       Email: John_Taylor@fd.org

*CERTIFICATE OF SERVICE*

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Ronda Coleman.

                                       s/John Taylor

                                       _____
                                       JOHN TAYLOR
                                       Assistant Federal Public Defender
                                       300 West Main Street
                                       Urbana, Illinois 61801
                                       Telephone: (217) 373-0666
                                       Facsimile: (217) 373-0667
                                       Email: John_Taylor@fd.org

I:\Clients - Open Files\Harris, Keith\Motion To Continue PTC & Vacate Trial.wpd