UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 07-20103 |
| KEITH HARRIS, | |
| Defendant | |

*MOTION TO SUPPRESS ARREST AND EVIDENCE THEREFROM DISCOVERED*

NOW COMES the Defendant, Keith Harris, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to RULE 47 of the RULES OF CRIMINAL PROCEDURE moves to suppress the arrest of the defendant in this case, and, the relevant evidence seized subsequent to the arrest, specifically, a handgun, and states:

1.  The defendant is charged with felon in possession of a handgun.

2.  Discovery provided by the Government to the Defendant establishes that defendant was arrested by law enforcement officers on October 7, 2007 after a chase by police of Defendant.

3.  The police had no reasonable suspicion that defendant was involved in criminal activity at the time they initiated the pursuit of the Defendant nor at the time they arrested the defendant.

4.  Shortly after the arrest the police found a handgun near to the place where defendant was seized.

5. As the arresting officers had no legal grounds for arresting the Defendant, the handgun discovered as a result of that arrest should be suppressed and the Government barred from introducing the same into evidence in this case. Similarly, the arrest itself should be suppressed and the Government barred from introducing it at trial.

.

WHEREFORE, Defendant respectfully requests the entry of an Order barring the Government from introducing said evidence at trial.

    Respectfully Submitted,

    Keith Harris, Defendant


    RICHARD H. PARSONS
    Federal Public Defender

       s/John Taylor
BY:_____
    JOHN TAYLOR
    Assistant Federal Public Defender
    300 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 373-0666
    Facsimile: (217) 373-0667
    Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Ronda Coleman.

                                                      s/John Taylor

                                                     _____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

I:\Clients - Open Files\Harris, Keith\Motion to Suppress Arrest.wpd